PROB 12
(Rev. 3/88)

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 1 1 2005

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA

U. S. A. vs. Charles Dent                                Docket No. 1:04-CR-404-1-CAP

## PETITION FOR WARRANT AND ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED

COMES NOW Rana R. Riner PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Charles Dent who was placed on supervision for the offense of Unlawful Possession of a Firearm by a Convicted Felon, 18 U.S.C §922(g), by the Honorable John A. Nordberg sitting in the court at Illinois, on the 30th day of August, 1991 who fixed the period of supervision at 36 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

The defendant shall not own, possess or have under his control any firearm, dangerous weapon or other destructive device.

**Jurisdiction received in Northern District of Georgia on June 25, 2004.**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

**Violation of Law:** On May 3rd, 2005, Dent committed the offenses of Armed Robbery (3 Counts), Aggravated Assault (4 Counts), Battery (2 Counts), Possession of a Firearm by a Convicted Felon, Possession of a Firearm during the Commission of a Felony, Theft by Receiving Stolen Property, Burglary (2 Counts), Fleeing and Attempting to Elude, Reckless Driving, and Failure to Maintain Lane as evidenced by his arrest by College Park Police Department in College Park, Georgia.

**Violation of Special Condition:** Dent violated his special condition of while under supervision, "The defendant shall not possess a firearm or destructive device" as evidenced by his arrest on May 3, 2005, for Possession of a Firearm by a Convicted Felon in College Park, Georgia.

PRAYING THAT THE COURT WILL ORDER a warrant issued for said Charles Dent and that Charles Dent be brought back before the Court at Atlanta, Georgia, to show cause why Supervised Release heretofore entered should not be revoked.

ORDER OF COURT

Considered and ordered this ___10th___ day of _____, 2005 and ordered filed and made a part of the records in the above case.

_____
Honorable Charles A. Pannell, Jr.
U. S. District Court Judge

Respectfully,

_____
Rana R. Riner
U. S. Probation Officer
Place: Atlanta, Georgia
Date: May 5, 2005

_____
Alvin L. Smith
Supervising U. S. Probation Officer

# THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Charles Dent

ALIAS:

LAST KNOWN RESIDENCE: Currently in custody at Atlanta Police Department. 2025 Peachtree Rd. #1417, Atlanta, GA

LAST KNOWN EMPLOYMENT: 2171 Tucker Ind Blvd., Tucker, GA

PLACE OF BIRTH: Chicago, Illinois

DATE OF BIRTH: 09/02/59

SOCIAL SECURITY NUMBER: 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

HEIGHT: 5'10"                                WEIGHT: 170

SEX: M                                       RACE: B

HAIR: B                                      EYES: Brn

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: Scar Rt. Shoulder from surgery

FBI NUMBER: 256872R9

COMPLETE DESCRIPTION OF AUTO:

## INVESTIGATIVE AGENCY AND ADDRESS:

U. S. Probation Office
75 Spring St., S.W., Room 900
Atlanta, GA 30303
Rana R. Riner
U. S. Probation Officer
404-215-1909