UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL ACTION<br>NO. 1:04-CR-404-1-CAP |
| CHARLES DENT, | |
| Defendant. | |

## ORDER/JUDGMENT

On this 2nd day of February, 2006, came the attorney for the government and the defendant appeared in person and with counsel, Jake Waldrop.

A probation officer of this court having moved the court to revoke the supervised release heretofore granted the defendant on August 30, 1991 for the period of THREE (3) years, and the defendant having admitted that he violated the terms and conditions of his supervised release, it is,

ORDERED BY THE COURT that the supervised release be revoked, and

IT IS ADJUDGED that the defendant, having been found guilty of said offense, is hereby committed to the custody of the Bureau of Prisons for a period of TWENTY-FOUR (24) months, with no supervised release to follow. The defendant is remanded to the custody of the United States Marshal. The Court recommends that the defendant be incarcerated in a facility as close to Mobile, Alabama as possible.

IT IS ORDERED that the Clerk deliver a certified copy of this judgment and commitment to the United States Marshal or other qualified officer and that the copy serve as the commitment of the defendant.

SO ORDERED, this __3rd__ day of February, 2006.

s/Charles A. Pannell, Jr.  
CHARLES A. PANNELL, JR.  
United States District Judge